FILED
Aug 12 2021
1:42 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY       s/ soniad       DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2021 Grand Jury

UNITED STATES OF AMERICA,           Case No.  '21 CR2368 DMS

       Plaintiff,                I N D I C T M E N T

   v.
                                    Title 21, U.S.C., Secs. 952
SEMIRA ALYSSA TRUJILLO,             and 960 - Importation of
                                    Methamphetamine
       Defendant.

The grand jury charges:

On or about May 2, 2021, within the Southern District of California, defendant SEMIRA ALYSSA TRUJILLO did knowingly and intentionally import 500 grams and more, to wit: approximately 32.14 kilograms (70.86 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 12, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

By: _____ for
JESSICA A. SCHULBERG
Assistant U.S. Attorney

JSCH:cms:San Diego:8/11/21